HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ESTELLA GUADALUPE DIAZ

**FILED**

NOV   3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr. S. 14-00139-KJM |
| Plaintiff, | |
| v. | STIPULATION AND RELEASE ORDER |
| ESTELLA GUADALUPE DIAZ, | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Josh

Sigal, Assistant United States Attorney, and Rachelle Barbour, of the Office of the Federal

Defender, attorney for Estella Diaz, that the Court order release of Ms. Diaz to her probation

officer, Rebecca A. Fidelman, at 8:30 a.m. on November 4, 2014, for transportation to the

Salvation Army, Center of Hope Program.

The reason for this stipulation is that on October 29, 2014, the Court continued Ms. Diaz

in custody pending the availability of a bed at Salvation Army Center of Hope.  A bed will be

available on November 4, 2014.

United States Probation Officer, Laura Weigel confirmed with counsel on November 3,

2014,  a bed is available as of November 4, 2014.  Defense counsel requests that the Court issue

a release order directing that Ms. Diaz be released at 8:30 a.m. on November 4, 2014, to United

States Probation.  The government does not oppose the issuance of this release order.

1    Transportation of Ms. Diaz to the Salvation Army program will be coordinated by

2  defense counsel.

3  DATED:  November 3, 2014          HEATHER E. WILLIAMS
                                     Federal Defender
4

5                                    /s/ Rachelle Barbour

6                                    RACHELLE BARBOUR

7                                    Attorney for Defendant

8

9  DATED:  November 3, 2014          BENJAMIN WAGNER
                                     United States Attorney
10

11                                   /s/ Rachelle Barbour for

12                                   JOSH SIGAL
                                     Assistant U.S. Attorney
13                                   Attorney for Plaintiff

14

15                                   ORDER

16

17          IT IS HEREBY ORDERED Ms. Diaz is released to the United States Probation officer at

18  8:30 a.m. on November 4, 2014 for transportation to the Salvation of Army Center of Hope.

19  Dated: November 3, 2014

20

21                                   HON. KIMBERLY J. MUELLER
                                     U.S. District Judge
22

23

24

25

26

27

28