**FILED**
DEC 15 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America,** | ) |
| | ) **ORDER TO REDUCE** |
| v. | ) **TERM OF SUPERVISED RELEASE FOR** |
| | ) **SUCCESSFUL COMPLETION** |
| **Estella Guadalupe Diaz,** | ) **OF REENTRY COURT** |
| | ) **(18 U.S.C. 3583(3)(1))** |
| Defendant. | ) |
| | ) Docket Number: 2:14CR00139-01 |

On December 18, 2014, the defendant was accepted as a participant in the Reentry Court Program. As of December 15, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of September 20, 2018.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on January 21, 2015, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

12/15/2016
**Date**

_____
The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of September 20, 2018.

12/15/16
**Date**

_____
Kimberly J. Mueller
U.S. District Judge

cc: Defendant
    Assistant United States Attorney: Josh Sigal
    Defense Counsel: Rachelle Barbour
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX